UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
ZIM INTEGRATED SHIPPING SERVICES :
LTD., :
:
                          Plaintiff, : 19-CV-3444 (VSB)
:
         -against- : **ORDER**
:
BELLWETHER DESIGN TECHNOLOGIES :
LLC, :
:
                         Defendant. :
:
---------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/2020

<u>VERNON S. BRODERICK, United States District Judge</u>:

On January 23, 2020, PEI Premier Expediters, Inc. filed an amended fourth party complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). Accordingly, it is hereby:

ORDERED that fourth party Defendant A&A transfer, Inc.'s motion to dismiss, (Doc. 41), is DENIED as moot without prejudice to refile in accordance with Federal Rule of Civil Procedure 15(a)(3).

IT IS FURTHER ORDERED that the parties' joint letter motion to adjourn the January 31, 2020 pretrial conference is GRANTED. The pretrial conference is adjourned until April 10, 2020 at 11:30 a.m.

The Clerk of Court is respectfully directed to terminate the open motions at Documents 41 and 49.

SO ORDERED.

Dated: January 24, 2020
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge