```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ZIM INTEGRATED SHIPPING                                     :
SERVICES LTD.,                                              :
                                                            :
                              Plaintiff,                    :           19-cv-3444 (VSB)
                                                            :
              -against-                                     :               ORDER
                                                            :
BELLWETHER DESIGN                                           :
TECHNOLOGIES LLC,                                           :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/2020

<u>VERNON S. BRODERICK, United States District Judge</u>:

In light of the current public health crisis, it is hereby:

ORDERED that the initial pre-trial conference set for April 10, 2020, is adjourned sine die. The parties are directed to meet and confer and, within thirty (30) days, submit a joint letter and proposed case management plan and scheduling order for the Court's review. Recognizing that there is an outstanding motion to dismiss and/or transfer this case, in the parties' joint letter the parties shall apprise the Court of any other case-related issues that warrant immediate attention.

SO ORDERED.

Dated: March 26, 2020
       New York, New York

*Vernon Broderick* (signature)
Vernon S. Broderick
United States District Judge