UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
:
ZIM INTEGRATED SHIPPING
SERVICES LTD.,                                                           :
:
                                        Plaintiff,          :                       19-cv-3444 (VSB)
:
                    -against-                                 :                       **ORDER**
:
BELLWETHER DESIGN                                       :
TECHNOLOGIES LLC,                                       :
:
                                        Defendant.        :
:
--------------------------------------------------------X

```
┌──────────────────────────────────┐
│ USDC SDNY                         │
│ DOCUMENT                          │
│ ELECTRONICALLY FILED              │
│ DOC #:_____            │
│ DATE FILED: ____1/8/2021____      │
└──────────────────────────────────┘
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

It has been reported to the Court that the parties in this case have reached a settlement

agreement.  Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within thirty (30) days.

SO ORDERED.

Dated:  January 8, 2021
        New York, New York

Vernon S. Broderick
United States District Judge